UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|   |   |   |
|---|---|---|
| CHARLES SLAUGHTER, | : | Civil Case No.: 07-2163 (JAG) |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | **O R D E R** |
|  | : |  |
| GRACE ROGERS, Administrator, et al., | : |  |
|  | : |  |
| Defendants. | : |  |

THIS MATTER, having come before the Court on Plaintiff's Application for Appointment of <u>Pro</u> <u>Bono</u> Counsel, filed on May 7, 2007 (docket entry 4); and for the reasons set forth in this Court's Opinion filed herewith;

IT IS ON THIS 25th day of May, 2007;

ORDERED that Plaintiff's application is hereby denied, without prejudice.

    S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.