**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CHARLES SLAUGHTER, : | Civil Case No.: 07-2163 (JAG) |
| Plaintiff, : | |
| v. : | **O R D E R** |
| GRACE ROGERS, Administrator, : et al., : | |
| Defendants. : | |

THIS MATTER, having come before the Court on Plaintiff's
Application for Appointment of <u>Pro Bono</u> Counsel, filed on May 7,
2007 (docket entry 4); and for the reasons set forth in this
Court's Opinion filed herewith;

IT IS ON THIS 25th day of May, 2007;

ORDERED that Plaintiff's application is hereby denied,
without prejudice.


 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.